|        |                                        |
|--------|----------------------------------------|
| **From:**    | David R. Buntain                 |
| **To:**      | Sheri Long Cotton                |
| **Cc:**      | John Wiltse; Tara A. Stingley    |
| **Subject:** | RE: Akintunde v. BRUN            |
| **Date:**    | Tuesday, June 16, 2015 9:31:06 AM |

Ms. Cotton:

Under the Federal Rules of Civil Procedure, you are required to show "excusable neglect" in order to obtain an extension to file your brief under these circumstances.  See Fed. R. Civ. P. Rule 6 (b)(1)(B).  The Court's Local Rules also provide that the failure to file an opposing brief to a motion precludes the opposing party from contesting the moving party's statement of facts but is not considered a confession of a motion.   See NECivR 7.1(b)(1)(C).

We will agree to your request to an extension of two business days to file your brief if you agree that you will not contest the defendants' statement of facts in responding to the two motions.  Otherwise, we will oppose your request because you cannot show that the reason for your dilatory filing constitutes "excusable neglect."  David

David R. Buntain
dbuntain@clinewilliams.com

**CLINE WILLIAMS**
**WRIGHT JOHNSON** *&* **OLDFATHER, L.L.P.**
Sterling Ridge
12910 Pierce Street, Suite 200
Omaha, NE 68144-1105
Phone 402.397.1700/Fax 402.397.1806

This electronic message contains confidential information intended only for the use of the addressee and includes legally privileged information.  If you are not the addressee or a properly empowered agent of the addressee, the reading, disseminating, distributing or copying of this electronic message is strictly prohibited.  If you have received this electronic message and are not the addressee or a properly empowered agent of the addressee, please notify us immediately and permanently delete the original message and any attachments and any copies thereof, electronic or otherwise.  Thank you.

**From:** Sheri Long Cotton [mailto:slongcotton@aol.com]
**Sent:** Tuesday, June 16, 2015 8:23 AM
**To:** David R. Buntain; Tara A. Stingley; 'John Wiltse'
**Subject:** Akintunde v. BRUN

Counsel;

When I sought an extension of time last week, I forgot that I was moving to a new residence during that week.  Will you object to a two business days further extension of time to respond to your

***Exhibit A***

motions?

Also Please note my new address. All other contact information remains the same?

Sheri Long Cotton
Attorney - Nebraska
5787 Rex Mill Terrace
Rex, Georgia
30273
Phone:  404-849-6397
Phone:  402-871-4216
Fax:  1 800 776 6649
[Slongcotton@aol.com](mailto:Slongcotton@aol.com)