# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| OMOWALE AKINTUNDE, and MANFRED WOGUGU, | ) ) ) |
| Plaintiffs, | ) )   4:15CV3011 |
| V. | ) ) |
| UNIVERSITY OF NEBRASKA AT OMAHA, BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA - OMAHA, DAVID BOOKER, and DOES 1 THROUGH 4, in their Individual capacity, | ) )   ORDER ) ) ) ) ) |
| Defendants. | ) |

This matter is before the Court on Plaintiffs' Motion to Order Mediation. (Filing 36.) The motion will be denied. Mediation will not be useful in resolving this action unless all parties agree to participate. Defendants have indicated that they have no interest in mediating this matter.

Accordingly,

**IT IS ORDERED:**

1. Plaintiffs' Motion to Order Mediation (filing 36) is denied.

2. Plaintiffs' Amended Motion to Order Mediation (filing 38) is denied.

3. Plaintiffs' Motion to Strike (filing 37) is denied as moot.

**DATED June 30, 2015.**

　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　**S/ F.A. Gossett**
　　　　　　　　　　　　　　　　**United States Magistrate Judge**