IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEBRASKA

| | |
|---|---|
| **OMOWALE AKINTUNDE MANFRED WOGUGU**<br><br>**PLAINTIFFS**<br><br>v.<br><br>**BOARD OF REGENTS OF UNIVERSITY OF NEBRASKA**<br><br>**DEFENDANTS** | **CIVIL ACTION NO. 4:15-CV-03011** |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A REPLY TO DEFENDANT BOOCKER'S ANSWER TO COMPLAINT**

Comes now the Plaintiffs and pursuant to FRCP Rule 7(a) 7, moves this court for an order permitting them to file a Reply to Defendant Boocker's Answer to the Plaintiffs' complaint. In support of this motion Plaintiff offers the Brief filed herewith.

**CONFERENCE WITH OPPOSING PARTY**

Plaintiffs conferred with John Wiltse, one of Defendants' counsel, on May 21, 2015 and was advised I should assume that Defendants would oppose my motion for leave to file a reply.

/s/Sheri Long Cotton
Sheri Long Cotton
Attorney at Law
5787 Rex Mill Terrace
Rex Georgia  30273
404-849-6397
Fax 1-800-776-6649
slongcotton@aol.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 13th day of July 2015 the above was electronically filed using the CME/ECF system which will send notification of such filing to the attorney for the Defendants. /s/Sheri Long Cotton