IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEBRASKA

| | |
|---|---|
| **OMOWALE AKINTUNDE MANFRED WOGUGU** <br><br> **PLAINTIFFS** <br><br> v. <br><br> **BOARD OF REGENTS OF UNIVERSITY OF NEBRASKA** <br><br> **DEFENDANTS** | **CIVIL ACTION NO. 4:15-CV-03011** |

### PLAINTIFFS' MOTION TO SEAL EXHIBIT A - VIDEO

Comes now the Plaintiffs and pursuant Local Rule moves this court for an order permitting them to seal Exhibit A, a video recording of testimony by an employee of the Defendant, which is to be used to support Plaintiffs' motion for leave to file a reply to the Defendants' answer to Plaintiffs' Complaint.

The testimonial evidence offered by the video identifies individuals by name and position and the statements offered are necessary to support the Plaintiff's motion, however, plaintiffs desire to prevent unnecessary embarrassment to the individuals mentioned in the testimony.

### CONFERENCE WITH OPPOSING PARTY

Plaintiffs have attempted to conferred with defendants by email, but have not yet received a response.

/s/Sheri Long Cotton
Sheri Long Cotton
Attorney at Law
5787 Rex Mill Terrace
Rex Georgia  30273
404-849-6397
Fax 1-800-776-6649
slongcotton@aol.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 13th day of July 2015 the above was electronically filed using the CME/ECF system which will send notification of such filing to the attorney for the Defendants. /s/Sheri Long Cotton