IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| OMOWALE AKINTUNDE, AND MANFRED WOGUGU,<br><br>    Plaintiffs,<br><br>  vs.<br><br>UNIVERSITY OF NEBRASKA AT OMAHA, BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA - OMAHA, DAVID BOOKER, AND DOES 1 THROUGH 4, in their Individual capacity;<br><br>    Defendants. | 4:15CV3011<br><br>JUDGMENT |

In accordance with the accompanying Memorandum and Order:

IT IS ORDERED:

1. The Motion to Dismiss (Filing No. 20) filed by Defendants Board of Regents of the University of Nebraska and David Boocker in his official capacity, is granted;

2. The Motion for Judgment on the Pleadings (Filing No. 23) filed by Defendant David Boocker in his individual capacity, is granted;

3. The Objection to the Magistrate Judge's Order (Filing No. 48) is overruled;

4. The Declaration of Sheri Long Cotton (Filing No. 49) filed as an objection to the Magistrate Judge's order, will be terminated as improperly filed; and

5. This action is dismissed with prejudice.

Dated this 21st day of August, 2015

                BY THE COURT:

                s/Laurie Smith Camp
                Chief United States District Judge